**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Redline Detection, LLC    v.   Star Envirotech, Inc.

No. 15-1047

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for:    Redline Detection, LLC
                                       Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Matthew A. Newboles |
| Law firm: | Stetina Brunda Garred & Brucker |
| Address: | 75 Enterprise, Suite 250 |
| City, State and ZIP: | Aliso Viejo, CA 92656 |
| Telephone: | (949) 855-1246 |
| Fax #: | (949) 855-6371 |
| E-mail address: | mnewboles@stetinalaw.com, litigate@stetinalaw.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 9/2/2008

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 10/27/2014 | /s/Matthew A. Newboles |
| Date | Signature of pro se or counsel |

cc: _____

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on Oct. 27, 2014 by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
     (by email or CM/ECF)

| | |
|---|---|
| Matthew A. Newboles | /s/Matthew A. Newboles |
| Name of Counsel | Signature of Counsel |

Law Firm: Stetina Brunda Garred & Brucker
Address: 75 Enterprise, Suite 250
City, State, ZIP: Aliso Viejo, CA 92656
Telephone Number: (949) 855-1246
FAX Number: (949) 855-6371
E-mail Address: litigate@stetinalaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.