# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

15-1047, -1048

REDLINE DETECTION, LLC,

Appellant,

v.

STAR ENVIROTECH, INC.,

Cross-Appellant.

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeals Board in Case No. IPR2013-00106,
In re U.S. Patent No. 6,526,808

## NOTICE OF INTENT TO FILE CD-ROM

Appellant, Redline Detection, LLC hereby file this Notice of Intent to File a CD-ROM along with its paper brief pursuant to Federal Circuit Rule 32(e)(1). Appellant has consent to this notice pursuant to an email dated October 21, 2014 with counsel for Cross-Appellant.

Dated: October 27, 2014       By:    /s/Matthew A. Newboles_____
                                     Matthew A. Newboles
                                     Stetina Brunda Garred & Brucker
                                     75 Enterprise, Suite 250
                                     Aliso Viejo, CA 92656

                                     Attorneys for Appellant
                                     Redline Detection, LLC

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Oct. 27, 2014  by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
   (by email or CM/ECF)

| Matthew A. Newboles | /s/Matthew A. Newboles |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Stetina Brunda Garred & Brucker

Address: 75 Enterprise, Suite 250

City, State, ZIP: Aliso Viejo, CA 92656

Telephone Number: (949) 855-1246

FAX Number: (949) 855-6371

E-mail Address: litigate@stetinalaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.